**No. 11-7924. Percy Jordan, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1131, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 678.

January 17, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 18 A.3d 703.